**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-2260**

─────────────

KELLY BLACKMON,

Plaintiff - Appellant,

v.

CAROL SPAHN, Director, Social Peace Corps,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:22-cv-01185-PX)

─────────────

Submitted:  January 14, 2025                          Decided:  April 7, 2025

─────────────

Before AGEE, BENJAMIN, and BERNER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

**ON BRIEF:** Lydia Taylor, SOUTHWORTH, P.C., Atlanta, Georgia, for Appellant.  Erek L. Barron, United States Attorney, Beatrice C. Thomas, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelly Blackmon appeals the district court's order granting Defendant's motion to dismiss or, in the alternative, for summary judgment on Blackmon's claims brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701 to 796l.  We have reviewed the record in conjunction with the arguments the parties raise on appeal and find no reversible error.  Accordingly, we affirm the district court's order, *Blackmon v. Spahn*, No. 8:22-cv-01185-PX (D. Md. Sept. 7, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2